1  NELSON MULLINS RILEY & SCARBOROUGH LLP
   RYAN E. COSGROVE (SBN 277907)
2  *ryan.cosgrove@nelsonmullins.com*
   350 South Grand Avenue, Suite 2200
3  Torrance, California 90502
   Telephone: (424) 221-7470
4  Facsimile: (279) 202-2017

5  Attorney for Defendants
   Tyco Fire Products LP and Chemguard, Inc.
6

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9
   | | |
   |---|---|
   | THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney David Chiu; and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiffs,<br><br>vs.<br><br>3M CO.; BUCKEYE FIRE EQUIPMENT CO.; CHEMGUARD, INC.; TYCO FIRE PRODUCTS LP; AGC CHEMICALS AMERICAS, INC.; ARCHROMA U.S., INC.; ARKEMA, INC.; BASF CORP.; CHEMDESIGN PRODUCTS, INC.; CHEMICALS INCORPORATED; THE CHEMOURS CO.; THE CHEMOURS CO. FC, LLC; CLARIANT CORP.; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; EIDP, INC. (formerly known as E. I. Du Pont De Nemours and Company); DEEPWATER CHEMICALS, INC.; DYNAX CORP.; THE VIKING CORPORATION; CARRIER FIRE & SECURITY AMERICAS LLC (formerly known as Carrier Fire & Security Americas Corporation); RTX CORPORATION (formerly known as Raytheon | Case No.: 3:25-cv-03595<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Technologies Corporation); CARRIER GLOBAL CORPORATION (formerly known as Carrier Solutions Corporation); NATION FORD CHEMICAL CO., AND DOES 1-100, inclusive,

          Defendants.

This Stipulation is entered into by and between the parties, Plaintiffs and defendants Tyco Fire Products LP and Chemguard, Inc. ("Defendants"), through their respective undersigned counsel based upon the following facts:

1. Defendants removed this action to federal court on April 24, 2025;

2. Defendants' responsive pleading was originally due on May 1, 2025, pursuant to F.R.C.P. 12;

3. Defendants plan to transfer this case to MDL No. 2873, *In re: Aqueous Film-Forming Foams Products Liability Litigation*.

4. Plaintiffs and Defendants agree to extend the time in which all defendants are to answer, move, or otherwise plead to the Complaint herein to twenty-eight (28) days after the JPML issues a decision on whether to transfer this action to the MDL.

5. No other extensions have been requested or ordered.

Dated: April 25, 2025          By:   */s/ Karun Tilak*
                                                Karun Tilak

                                        Attorney for Plaintiffs

Dated: April 25, 2025          By:   */s/ Ryan E. Cosgrove*
                                                Ryan E. Cosgrove

                                        Attorney for Defendants
                                        Tyco Fire Products LP and Chemguard, Inc.

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |
| 2 | I hereby certify that on April 25, 2025, I electronically filed the foregoing |
| 3 | document using the CM/ECF system which will send notification of such filing to |
| 4 | the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic |
| 5 | Mail Notice List. |

<u>/s/ *Ryan E. Cosgrove*</u>

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT