1  NELSON MULLINS RILEY & SCARBOROUGH LLP
   RYAN E. COSGROVE (SBN 277907)
2  *ryan.cosgrove@nelsonmullins.com*
   350 South Grand Avenue, Suite 2200
3  Torrance, California 90502
   Telephone: (424) 221-7470
4  Facsimile: (279) 202-2017

5  Attorney for Defendants
   Tyco Fire Products LP and Chemguard, Inc.
6

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney David Chiu; and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiffs,<br><br>vs.<br><br>3M CO.; BUCKEYE FIRE EQUIPMENT CO.; CHEMGUARD, INC.; TYCO FIRE PRODUCTS LP; AGC CHEMICALS AMERICAS, INC.; ARCHROMA U.S., INC.; ARKEMA, INC.; BASF CORP.; CHEMDESIGN PRODUCTS, INC.; CHEMICALS INCORPORATED; THE CHEMOURS CO.; THE CHEMOURS CO. FC, LLC; CLARIANT CORP.; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; EIDP, INC. (formerly known as E. I. Du Pont De Nemours and Company); DEEPWATER CHEMICALS, INC.; DYNAX CORP.; THE VIKING CORPORATION; CARRIER FIRE & SECURITY AMERICAS LLC (formerly known as Carrier Fire & Security Americas Corporation); RTX CORPORATION (formerly known as Raytheon | Case No.: 3:25-cv-03595<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Technologies Corporation); CARRIER GLOBAL CORPORATION (formerly known as Carrier Solutions Corporation); NATION FORD CHEMICAL CO., AND DOES 1-100, inclusive,

          Defendants.

Having considered the Parties' Stipulation on the deadline for defendants to file a response to the Complaint, IT IS HEREBY ORDERED that:

Defendants Tyco Fire Products LP and Chemguard, Inc. shall answer, move, or otherwise plead to the Complaint twenty-eight (28) days after the JPML issues a decision on whether to transfer this action to MDL No. 2873, *In re: Aqueous Film-Forming Foams Products Liability Litigation*.

IT IS SO ORDERED.

Dated: _____          _____

                                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 25, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

<u>/s/ *Ryan E. Cosgrove*</u>

ORDER RE STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT