NELSON MULLINS RILEY & SCARBOROUGH LLP
RYAN E. COSGROVE (SBN 277907)
*ryan.cosgrove@nelsonmullins.com*
350 South Grand Avenue, Suite 2200
Torrance, California 90502
Telephone: (424) 221-7470
Facsimile: (279) 202-2017

Attorney for Defendants
Tyco Fire Products LP and Chemguard, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney David Chiu; and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiffs,<br><br>vs.<br><br>3M CO.; BUCKEYE FIRE EQUIPMENT CO.; CHEMGUARD, INC.; TYCO FIRE PRODUCTS LP; AGC CHEMICALS AMERICAS, INC.; ARCHROMA U.S., INC.; ARKEMA, INC.; BASF CORP.; CHEMDESIGN PRODUCTS, INC.; CHEMICALS INCORPORATED; THE CHEMOURS CO.; THE CHEMOURS CO. FC, LLC; CLARIANT CORP.; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; EIDP, INC. (formerly known as E. I. Du Pont De Nemours and Company); DEEPWATER CHEMICALS, INC.; DYNAX CORP.; THE VIKING CORPORATION; CARRIER FIRE & SECURITY AMERICAS LLC (formerly known as Carrier Fire & Security Americas Corporation); RTX CORPORATION (formerly known as Raytheon | Case No.: 3:25-cv-03595<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT |

| | |
|---|---|
| 1 | Technologies Corporation); CARRIER |
| 2 | GLOBAL CORPORATION (formerly known as Carrier Solutions Corporation); |
| 3 | NATION FORD CHEMICAL CO., AND |
| 4 | DOES 1-100, inclusive, |
| 5 | Defendants. |

Having considered the Parties' Stipulation on the deadline for defendants to file a response to the Complaint, IT IS HEREBY ORDERED that:

Defendants Tyco Fire Products LP and Chemguard, Inc. shall answer, move, or otherwise plead to the Complaint twenty-eight (28) days after the JPML issues a decision on whether to transfer this action to MDL No. 2873, *In re: Aqueous Film-Forming Foams Products Liability Litigation*.

IT IS SO ORDERED.

Dated:  April 25, 2025

_____

UNITED STATES MAGISTRATE JUDGE