MORGAN, LEWIS & BOCKIUS LLP
Alexandra M. Gonsman, Bar No. 339361
alexandra.gonsman@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
THE VIKING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

The People of the State of California, acting by and through San Francisco City Attorney David Chiu, and the City and County of San Francisco,

Plaintiffs,

vs.

3M Co., Buckeye Fire Equipment Co., Chemguard, Inc., Tyco Fire Products LP, AGC Chemicals Americas, Inc., Archroma U.S. Inc., Arkema, Inc., BASF Corp., Chemdesign Products, Unc., Chemicals Incorporated, The Chemours Co., The Chemours Co. FC, LLC, Clariant Corp., Corteva, Inc., DuPont de Nemours, Inc., EIDP, Inc. (formerly known as E. I. du Pont de Nemours and Company), Deepwater Chemicals, Inc., Dynax Corp., The Viking Corporation, Carrier Fire & Security Americas LLC (formerly known as Carrier Fire & Security Americas Corporation), RTX Corporation (formerly known as Raytheon Technologies Corporation), Carrier Global Corporation (formerly known as Carrier Solutions Corporation), Nation Ford Chemical Co., and Does 1-100, inclusive,

Defendants.

Case No. 3:25-cv-03595

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

This Stipulation is entered into by and between the parties, Plaintiffs and Defendant The Viking Corporation ("Viking" or "Defendant"), through their respective undersigned counsel based upon the following facts:

1. Defendants Tyco Fire Products LP ("Tyco") and Chemguard, Inc. ("Chemguard") removed this action to federal court on April 24, 2025;

2. Viking's responsive pleading was originally due on May 1, 2025, pursuant to F.R.C.P. 12;

3. Defendants Tyco and Chemguard filed on April 25, 2025 a Notice of Potential Tag-Along Action and plans to transfer this case to MDL No. 2873, *In re: Aqueous Film-Forming Foams Products Liability Litigation.*

4. Plaintiffs and Defendants agree to extend the time in which all defendants are to answer, move, or otherwise plead to the Complaint herein to twenty-eight (28) days after the JPML issues a decision on whether to transfer this action to the MDL.

5. No other extensions have been requested or ordered.

Dated: April 30, 2025 By *s/ Karun Tilak*
Karun Tilak

Dated: April 30, 2025 By *s/ Alexandra M. Gonsman*
Alexandra M. Gonsman

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By *s/ Alexandra M. Gonsman*
Alexandra M. Gonsman

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT
3:25-cv-03595