MORGAN, LEWIS & BOCKIUS LLP
Alexandra M. Gonsman, Bar No. 339361
alexandra.gonsman@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
THE VIKING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The People of the State of California, acting by and through San Francisco City Attorney David Chiu, and the City and County of San Francisco,<br><br>Plaintiffs,<br><br>vs.<br><br>3M Co., Buckeye Fire Equipment Co., Chemguard, Inc., Tyco Fire Products LP, AGC Chemicals Americas, Inc., Archroma U.S. Inc., Arkema, Inc., BASF Corp., Chemdesign Products, Unc., Chemicals Incorporated, The Chemours Co., The Chemours Co. FC, LLC, Clariant Corp., Corteva, Inc., DuPont de Nemours, Inc., EIDP, Inc. (formerly known as E. I. du Pont de Nemours and Company), Deepwater Chemicals, Inc., Dynax Corp., The Viking Corporation, Carrier Fire & Security Americas LLC (formerly known as Carrier Fire & Security Americas Corporation), RTX Corporation (formerly known as Raytheon Technologies Corporation), Carrier Global Corporation (formerly known as Carrier Solutions Corporation), Nation Ford Chemical Co., and Does 1-100, inclusive,<br><br>Defendants. | Case No. 3:25-cv-03595<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE STIPULATION
TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT 3:25-cv-03595

Having considered the Parties' Stipulation on the deadline for Defendant to file a response to the Complaint, IT IS HEREBY ORDERED that:

Defendant The Viking Corporation shall answer, move, or otherwise plead to the Complaint twenty-eight (28) days after the JPML issues a decision on whether to transfer this action to MDL No. 2873, *In re: Aqueous Film-Forming Foams Products Liability Litigation.*

IT IS SO ORDERED.

Dated: _____          By _____
                                             HON. ALEX G. TSE
                                             UNITED STATES MAGISTRATE JUDGE